FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of GLOBAL DIVING & SALVAGE, INC., <br><br>Plaintiff,<br><br>v.<br><br>ENGINEERED HEAVY SERVICES LLC, a Washington limited liability company; and PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Defendants. | No. 2:16-CV-0254-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 14, 2017, the parties filed a stipulated dismissal, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

   **1.** The parties' Stipulation to Dismiss Action with Prejudice and Without Fees and Costs, **ECF No. 37**, is **GRANTED.**

   **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER **-** 1

3. This Order shall not operate as a waiver of any of Platte's indemnity rights (against parties other than Global) under the law or in equity, including but not limited to, those rights arising under the Indemnity Agreement dated February 3, 2014, and Addendum dated June 20, 2014, all of which are expressly reserved.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of April 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge